UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID EARL POPE,

    Petitioner,

v.

ROSEANNE CAMPBELL, warden,

    Respondent.

                                          /

No. C 06-1829 SI (pr)

**ORDER EXTENDING DEADLINES**

Respondent has filed an ex parte application for an extension of time to respond to the petition for writ of habeas corpus. Having considered the application and the accompanying declaration of attorney Juliet Haley, the court GRANTS respondent's application. (Docket # 9.) Respondent must file and serve his response to the petition for writ of habeas corpus no later than **February 23, 2007**. Petitioner must file and serve his traverse no later than **March 30, 2007**.

IT IS SO ORDERED.

DATED: January 22, 2007

                                                              SUSAN ILLSTON
                                                  United States District Judge