UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID EARL POPE,

    Petitioner,

    v.

ROSEANNE CAMPBELL, warden,

    Respondent.
                                      /

No. C 06-1829 SI (pr)

**ORDER EXTENDING DEADLINE**

    Petitioner has filed an ex parte application for a 180-day extension of time to file his traverse in support of his petition for writ of habeas corpus. Upon due consideration, the court GRANTS the application in part. (Docket # 16.) The 180-day extension requested is excessive, but a 60-day extension would be appropriate. Petitioner must file his traverse and serve a copy on respondent's counsel no later than **June 1, 2007**. No further extensions should be expected.

    Petitioner identified several places at which he believed respondent's record was inaccurate or incomplete. Respondent's counsel should examine her files to see if any of the alleged errors identified by petitioner require that further documents be filed and, if so, the documents should be filed and copies served on petitioner no later than **May 4, 2007**.

    IT IS SO ORDERED.

DATED: April 10, 2007

                                                        SUSAN ILLSTON
                                                        United States District Judge