UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID EARL POPE,<br><br>    Petitioner,<br><br>  v.<br><br>ROSEANNE CAMPBELL, warden,<br><br>    Respondent.<br>_____ / | No. C 06-1829 SI (pr)<br><br>**ORDER EXTENDING DEADLINE FOR TRAVERSE** |

    Petitioner's request for an enlargement of time to file his replacement traverse is GRANTED. (Docket # 34.) "Petitioner's points & authorities in support of traverse" filed on August 9, 2007 is deemed timely filed.

    IT IS SO ORDERED.

DATED: November 13, 2007

_____
SUSAN ILLSTON
United States District Judge