UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID EARL POPE, | No. C 06-1829 SI (pr) |
|     Petitioner, | **JUDGMENT** |
|   v. | |
| ROSEANNE CAMPBELL, Warden, | |
|     Respondent.                 / | |

The petition for writ of habeas corpus is denied.

IT IS SO ORDERED AND ADJUDGED.

DATED: July 17, 2008

_____
SUSAN ILLSTON
United States District Judge